Certificate Number: 05781-CAS-DE-041238880

Bankruptcy Case Number: 26-02779



05781-CAS-DE-041238880

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 22, 2026</u>, at <u>10:14</u> o'clock <u>PM PDT</u>, <u>Antonio Soto Rueda</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of California</u>.

Date:   <u>July 22, 2026</u>          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President